

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00012-CV

**IN RE** Leticia **BENAVIDES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                   Sandee Bryan Marion, Justice
                   Rebeca C. Martinez, Justice

Delivered and Filed:  April 10, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On January 8, 2013, Relator Leticia Benavides filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus, the responses, and the motions filed in this proceeding and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and all other relief sought are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012CVG001995-CI, styled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.